| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Yara Hindelang | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Emily Zebracki | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | | Case: 2:26−mj−30112 |
| Daniel Jacob Jansen | Case No. | Assigned To : Unassigned |
| | | Assign. Date : 2/27/2026 |
| | | Description: CMP USA V. JANSEN (DJ) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)(e) | Sexual exploitation of children and attempt |
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Emily Zebracki, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 27, 2026__

_____
*Judge's signature*

City and state: __Detroit, MI__   Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Emily Zebracki, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent since May of 2022. My formal education includes a Bachelor of Science Degree in Criminal Justice from Wayne State University. Prior to becoming a Special Agent with HSI, I was employed as a Police Officer with the Rapid City Police Department in Rapid City, South Dakota for 4 years. I have successfully completed the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been assigned as a member of the Michigan State Police – Internet Crimes Against Children Task Force (MSP-ICAC) since April of 2025.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Daniel Jacob JANSEN (DOB XX/XX/2006), for violations of 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of a minor and attempt), and 2252A(a)(2) (distribution of child pornography).

1

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for Daniel Jacob JANSEN.

## PROBABLE CAUSE

4. On February 25, 2026, Michigan State Police-Internet Crimes Against Children (MSP-ICAC) received tip number 230391768 and tip number 230677691 from the National Center for Missing and Exploited Children (NCMEC) submitted by MediaLab Kik ("Kik"), a social media application. Kik advised that a user, "chaoseje" (subject account), uploaded 102 files of suspected child sexually abusive material (CSAM). Kik also advised, "the reported suspect claims to have sexually abused several young girls in the past, and he appears to share original, newly produced (February 19, 2026) CSAM depicting the abuse of [a] 7-year-old" girl who is known to him. Kik also submitted associated identifier(s) for the subject account, such as the email address, display name, and/or IP addresses.

5. NCMEC tips 230391768 and 230677691 contained several media files of suspected CSAM which meet the federal definition of child pornography. Many of the images appear to depict the same juvenile female victim, including the following:

File Name: 52eb1012-c47a-47db-9b84-3a45c49aa907.jpg

MD5 Hash: 05ee00d85cddf92f43ff1a25f850342e

Description: This is a photo of what appears to be a prepubescent girl's buttocks and vagina. Her underwear are dark pink with a white lace trim and are pulled down exposing her buttocks and vagina. Based on the lack of pubic hair, it is estimated the prepubescent is approximately 5-8 years old.

File Name: 6ca960b3-8de0-4db8-aeb7-7a34c2975722.jpg

MD5 Hash: 585c2e4a5fc319ea4c3595ea52183b5e

Description: This is a photo of what appears to be the same prepubescent girl described above based on the underwear in this file appearing to be the same underwear described above. In this photo, the prepubescent girl is also seen to be wearing what appears to be Bluey pajamas. The prepubescent girl appears to be lying on a bed or a couch and

what appears to be a male arm and hand are seen lifting the prepubescent girl's pajama pants and dark pink underwear, exposing her vagina. Based on the lack of pubic hair, it is estimated the prepubescent girl is approximately 5-8 years old.

    File Name: 3147bb59-a55d-4c6a-b0ec-848f2a06d030.jpg

    MD5 Hash: 59f60ad6fead42dca550906df7ceddf3

    Description: This is a photo of what appears to be a prepubescent girl lying on her back on what appears to be a bed. The prepubescent girl is unclothed from the waist down and her vagina is exposed. What appears to be a male hand is holding on to the prepubescent girl's left thigh to assist in spreading her legs apart. Also seen in the photo is what appears to be the same dark pink underwear with a white lace trim described in the above photos. Based on the lack of pubic hair, I estimate the prepubescent girl to be approximately 5-8 years old.

6.    Kik provided the Comcast IP address 68.55.150.200 (Login) Port: 38574 02-15-2026 11:17:06 UTC for the subject account. MSP-ICAC submitted an Emergency Disclosure Form to Comcast and received responsive information

stating IP address 68.55.150.200 is subscribed to Individual #1 at 1XX75 Flanagan St, Roseville, MI (Flanagan St Address).

7. Searches of criminal justice databases indicated three adults reside at the Flanagan St Address, including Daniel Jacob JANSEN, DOB: XX/XX/2006 and three individuals who appear to be related to JANSEN.

8. Public records indicate Daniel Jacob JANSEN's father has three additional minor-aged children. According to the information Kik provided, the subject account user messaged they had three siblings who are the same three ages as JANSEN's siblings.

9. MSP-ICAC located the username "caosejr" through CashApp (a username matching the Kik username without the letter "H"), which returned to JANSEN.

10. MSP-ICAC obtained a school photograph of the 7-year-old child known to JANSEN, hereinafter Minor Victim 1 (MV-1), and they were able to positively identify MV-1 as the juvenile victim depicted in the CSAM images.

11. On February 25, 2026, law enforcement executed a state search warrant at the Flanagan St Adress. Law enforcement seized JANSEN's current phone, along with additional electronic devices. Law enforcement also seized checked, "Bluey" pajama bottoms, and pink and white laced underwear matching

5

those described in the previously described CSAM images provided in the NCMEC tips.

12. At the time of the search warrant execution, officers noted JANSEN's bedroom background and items contained therein appeared to match distinctive items which could be observed in images from the NCMEC tips, including the teal color of the walls, gray comforter, gray body pillow, tan and white fitted sheet, red and black computer chair, and computer/computer desk.

13. Officers noted a feature of JANSEN's physical appearance seemed to match the individual depicted in images from the NCMEC tips, to include a mark on his wrist that resembles a freckle or mole.

14. At the time of the search warrant execution, MV-1's father arrived at the residence. The father was shown three (3) sanitized images of MV-1 from the NCMEC tip and positively identified MV-1 as the individual depicted in the images. The father was also able to identify the locations within the residence where the photographs were taken.

## CONCLUSION

15. Based on the above, I respectfully submit that there is probable cause to believe that Daniel Jacob JANSEN violated 18 U.S.C. §§ 2251(a) and (e)

(sexual exploitation of a minor and attempt), and 2252A(a)(2) (distribution of child pornography). I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Daniel Jacob JANSEN.

_____
Emily Zebracki
Special Agent
Homeland Security Investigations

_____
HON. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE

Dated:  February 27, 2026

7